UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDDY N. VANNAUKER and TONI VANNAUKER, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer, doing business in the State of Washington; KELLY S. HATCH and "JANE DOE" HATCH, husband and wife, and their marital community,<br><br>Defendants. | NO. 2:21-CV-00807-RAJ-BAT<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND CASE TO SUPERIOR COURT |

THIS MATTER has come on for hearing before the Court on the Stipulated Motion to Remand Case to Superior Court. Having reviewed the Stipulation by Parties to remand this case to Superior Court and all pleadings filed in the matter,

IT IS HEREBY ORDERED that this matter shall be remanded to Whatcom County Superior Court.

ORDER GRANTING STIPULATED
MOTION TO REMAND CASE TO
SUPERIOR COURT
NO. 2:21-CV-00807-RAJ-BAT

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Proposed Order Granting Stipulation to Remand.docx/071421 1613/8664-0011

1  Dated this 19th day of July, 2021.

*Richard A. Jones*
_____
THE HONORABLE RICHARD A. JONES

Presented by:

BETTS, PATTERSON & MINES, P.S.

s/*Vasudev N. Addanki*
s/*Luisa Taddeo*
Vasudev N. Addanki, Esq., WSBA #41055
Luisa Taddeo, Esq., WSBA #48677
Betts, Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle, WA  98101-3927
Telephone:  (206) 292-9988
Facsimile:   (206) 343-7053
Email:  vaddanki@bpmlaw.com and
ltaddeo@bpmlaw.com
*Attorneys for Defendant*


Approved as to form; Notice of presentation waived:

BURI FUNSTON MUMFORD &
FURLONG, PLLC


s/*Tom Mumford*
Michael T. Mumford, WSBA #28652
Buri Funston Mumford & Furlong, PLLC
1601 F Street
Bellingham, WA 98225-3011
Telephone:  (360) 752-1500
Facsimile:   (360) 752-1502
E-mail:  Tom@BuriFunston.com
*Attorney for Plaintiffs*

ORDER GRANTING  STIPULATED MOTION TO REMAND CASE TO SUPERIOR COURT
NO. 2:21-CV-00807-RAJ-BAT

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Proposed Order Granting Stipulation to Remand.docx/071421 1613/8664-0011